**DISMISS and Opinion Filed November 16, 2018**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-01265-CR

**J. C. KEETON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 15175**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Whitehill
Opinion by Justice Whitehill

J.C. Keeton appeals his 1987 conviction for aggravated robbery. After finding appellant guilty, the jury assessed punishment at 40 years in prison and a $10,000 fine. On October 22, 2018, appellant filed a notice of appeal. For the reasons that follow, we dismiss this appeal.

To invoke this Court's jurisdiction, a party must file a timely notice of appeal. *See* TEX. R. APP. P. 25.2(b). A notice of appeal must be filed within thirty days after the day the sentence is imposed or within ninety days after the day of sentence if a motion for new trial is filed. *See* TEX. R. APP. P. 26.2(a)(1), (2).

Here, the judgment being appealed was imposed on August 25, 1987. To be timely, appellant had to file his notice of appeal on September 24, 1987, or, if he filed a motion for new

trial, on November 24, 1987. Appellant, however, did not file his notice of appeal until October 22, 2018.

Under these circumstances, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
181265F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

J. C. KEETON, Appellant

No. 05-18-01265-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 86th Judicial District Court, Kaufman County, Texas
Trial Court Cause No. 15175.
Opinion delivered by Justice Whitehill.
Justices Bridges and Brown participating.

Based on the Court's opinion of this date, the judgment of the trial court is **DISMISSED**.


Judgment entered November 16, 2018.